IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:05CR3076 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| ANDREW R. GRASMICK, | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's application for changing condition of detention (filing 34) is denied.

January 31, 2006.　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　　　United States District Judge